1  Jeremy T. Bergstrom, Esq.                                           E-filed on February 11, 2010
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 10-90333

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
6  LP

7  **UNITED STATES BANKRUPTCY COURT**
   **DISTRICT OF NEVADA**
8
   In Re,                                          BK No.: BK-N-09-546-GWZ
9
   WENDI S. DENNIS,                                Chapter 7
10 DBA RED BARN PROPERTIES, DBA
   RENEGADE CLASSICS OF RENO, DBA                  **REQUEST FOR SPECIAL NOTICE**
11 PURPLE ROSE, DBA CHARISMA, DBA
   PURPLE SAGE SKIN AND BODY
12
                    Debtor(s).
13
   TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD,
14 THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

15         PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules,

   Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
16
   LP, requests that all notices given in this case and all papers served or required to be served in this case (including,
17
   but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset
18
   Report), be given to and served upon the undersigned at the following address and telephone number.

19         Jeremy T. Bergstrom, Esq.
           MILES, BAUER, BERGSTROM & WINTERS, LLP
           2200 Paseo Verde Pkwy., Suite 250
20         Henderson, NV  89052
           PH (702) 369-5960
21
                                        MILES, BAUER, BERGSTROM & WINTERS, LLP
22
   Dated:       February 10, 2010       By:    /s/ Jeremy T. Bergstrom, Esq.
23                                              Jeremy T. Bergstrom, Esq.
                                                Attorney for Secured Creditor
24

                                                    1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on   February 11, 2010  , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
J. Craig Demetras
Demetras & O'Neill
230 E. Liberty St.
Reno, NV  89501

CHAPTER 7 TRUSTEE:
Jeri Coppa-Knudson
3495 Lakeside Dr. PMB # 62
Reno, NV  89509

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                                /s/ Sarah R. Biondo
                                            An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(10-90333/rfsnlv.dot/srb)**