# United States Bankruptcy Court
## District of Nevada

**Case No. 09–54626–gwz**
**Chapter 7**

In re: (Name of Debtor)
    WENDI S. DENNIS
    dba RENEGADE CLASSICS OF RENO
    dba RED BARN PROPERTIES
    dba PURPLE ROSE
    dba PURPLE SAGE SKIN AND BODY
    dba CHARISMA
    1600 HUFFAKER LANE
    RENO, NV 89511

Social Security No.:
    xxx–xx–1021

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JERI COPPA–KNUDSON is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 9/23/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court